```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA ex rel. ANTI-     :
DISCRIMINATION CENTER OF METRO NEW         :
YORK, INC.,                                :    06 Civ. 2860 (DLC)
                          Plaintiff,       :
                                           :        ORDER
             -v-                           :
                                           :
WESTCHESTER COUNTY, NEW YORK,              :
                          Defendant.       :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/09

It is hereby

ORDERED that for reasons that will be placed on the record at the Final Pretrial Conference, the April 10, 2009 motion [Docket No. 162] by the plaintiff to exclude Westchester County legislators from testifying at trial is granted.

SO ORDERED:

Dated:   New York, New York
         April 23, 2009

                                   _____
                                          DENISE COTE
                                   United States District Judge