```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA ex rel. ANTI-:
DISCRIMINATION CENTER OF METRO NEW   :
YORK, INC.,                          :   06 Civ. 2860 (DLC)
                    Plaintiff,       :
                                     :        ORDER
          -v-                        :
                                     :
WESTCHESTER COUNTY, NEW YORK,        :
                    Defendant.       :
                                     :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/09

DENISE COTE, District Judge:

It is hereby

ORDERED that for reasons that will be placed on the record at the Final Pretrial Conference, the April 10, 2009 motion [Docket No. 168] by the plaintiff to exclude defendant's untimely disclosed witnesses is granted.

SO ORDERED:

Dated:   New York, New York
         April 23, 2009

                                    _____
                                         DENISE COTE
                                    United States District Judge