```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA ex rel. ANTI-  :
DISCRIMINATION CENTER OF METRO NEW      :
YORK, INC.,                             :    06 Civ. 2860 (DLC)
                         Plaintiff,     :
                                        :         ORDER
            -v-                         :
                                        :
WESTCHESTER COUNTY, NEW YORK,           :
                         Defendant.     :
                                        :
----------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5/1/09

DENISE COTE, District Judge:

For the reasons stated on the record at a conference with the parties held on April 28, 2009, it is hereby

ORDERED that the April 10, 2009 motion [Docket No. 171] by the plaintiff for an Order to exclude evidence on the subject of the "Benefit HUD Received" from the County's administration of CDBG funds is granted with respect to the issue of damages.

SO ORDERED:

Dated:   New York, New York
         May 1, 2009

                                    _____
                                              DENISE COTE
                                    United States District Judge