```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA ex rel. ANTI-:
DISCRIMINATION CENTER OF METRO NEW   :
YORK, INC.,                          :    06 Civ. 2860 (DLC)
                    Plaintiff,       :
                                     :         ORDER
         -v-                         :
                                     :
WESTCHESTER COUNTY, NEW YORK,        :
                    Defendant.       :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

For the reasons stated on the record at a conference with the parties held on April 28, 2009, it is hereby

ORDERED that the April 10, 2009 motion [Docket No. 178] by the defendant for an Order to allow the introduction of certain evidence is denied with respect to the federal government's failure to intervene in this action and the federal government's reaction to this lawsuit, as explained more fully on the record.

SO ORDERED:

Dated:    New York, New York
          May 1, 2009

                              _____
                                      DENISE COTE
                              United States District Judge