UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA ex rel. ANTI-  :
DISCRIMINATION CENTER OF METRO NEW      :
YORK, INC.,                             :   06 Civ. 2860 (DLC)
                         Plaintiff,     :
                                        :   ORDER
          -v-                           :
                                        :
WESTCHESTER COUNTY, NEW YORK,           :
                         Defendant.     :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/09

Having been informed that the Government, relator, and defendant have signed a Settlement Term Sheet memorializing the framework for a settlement, it is hereby

ORDERED that the trial in this case is adjourned to July 6, 2009.

SO ORDERED:

Dated:    New York, New York
          May 5, 2009

                                   _____
                                          DENISE COTE
                                   United States District Judge