

October 29, 2013

Robert A. Spolzino
914.872.7497 (direct)
914.924.2350 (mobile)
Robert.Spolzino@wilsonelser.com

VIA ECF

Hon. Denise L. Cote
United States District Court Judge
500 Pearl Street
New York, NY 10007-1312

Re: United States *ex rel* Anti-Discrimination Center of Metro New York, Inc. v.
Westchester County, New York
Docket No.    :    06 Civ. 2860 (DLC)
Our File No.  :    13507.00003

Dear Judge Cote:

We represent Kearney Realty and Development, Inc. ("Kearney Realty"), the proposed intervenor-plaintiff in the above-referenced action. On July 3, 2013, Kearney Realty filed a motion for leave to intervene in this matter. Since that time, the motion, along with the deadline for the Town of North Salem to respond to the motion, has been adjourned as the parties engaged in negotiations to resolve the matter. At this time, Kearney Realty withdraws the motion for leave to intervene and respectfully requests that the Court disregard the parties' respective submissions related to the motion.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

Robert A. Spolzino

Cc: (by ECF):

| U.S. ATTORNEY'S OFFICE, SDNY | WESTCHESTER COUNTY ATTORNEY |
|---|---|
| Benjamin H. Torrance | Robert F. Meehan |
| 86 Chambers Street | 148 Martine Avenue, 6th Floor |
| New York, NY 10007 | White Plains, NY 10601 |
| (212) 637-2702 | (914) 995-5858 |
| benjamin.torrance@usdoj.gov | rmeehan@westchestegov.com |

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Kentucky • Las Vegas • London • Los Angeles • Miami
Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Virginia • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

wilsonelser.com

4795954.1


| SOKOLOFF STERN LLP | Mr. James E. Johnson |
| --- | --- |
| *Attorneys for the Town of North Salem;* | Debevoise & Plimpton LLP |
| *The Town Board of the Town of North Salem;* | 919 Third Avenue |
| *The Planning Board of the Town of North Salem* | New York, NY 10022 |
| 179 Westbury Avenue | (212) 909 6646 |
| Carle Place, NY 11514 | jejohnsn@debevoise.com |
| (516) 334-4501 | |
| bsokoloff@sokoloffstern.com | |

4795954.1