

**Robert P. Astorino**
**County Executive**

Office of the County Attorney

Robert F. Meehan
County Attorney

November 4, 2013

The Honorable Denise L. Cote
United States District Judge
United States District Court for the
   Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

          **United States ex rel Anti-Discrimination Center of**
  **Metro New York, Inc. v. Westchester County, New York (No. 06 Civ. 2860)**

Dear Judge Cote:

      This letter is in response to the endorsed letter from James E. Johnson dated October 28, 2013.

      As indicated in the Monitor's letter, paragraph 17 of the Stipulation and Order of Settlement addresses fees for the Monitor and his consultants. Therefore, no objection is raised to the Monitor's expressed intention regarding the allocation of fees within the current budget for this fiscal year.

      In a letter to the Monitor dated March 8, 2013, the Westchester County Deputy County Executive expressed concern regarding usefulness and other aspects of a "design toolkit." That letter also expressed concern for the funding through County funds of such an undertaking and perhaps this is the reason for the Monitor's letter to the Court.

      Therefore, it is respectfully submitted that this response, which raises no objection to the Monitor's expressed intention regarding funding and the allocation of fees within the current budget, should not be considered a waiver of any position the County may take or has taken with respect to any substantive matter arising from, or related to, any report or recommendation from any consultant heretofore or hereafter retained by the Monitor.

Respectfully submitted,

*Robert F. Meehan*

Robert F. Meehan

cc: James E. Johnson, Esq.
David J. Kennedy, Assistant U.S. Attorney (S.D.N.Y.)
Benjamin H. Torrance, Assistant U.S. Attorney (S.D.N.Y.)
Lara K. Eshkenazi, Assistant U.S. Attorney (S.D.N.Y.)