```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
UNITED STATES OF AMERICA ex rel. ANTI-    :     06cv2860(DLC)
DISCRIMINATION CENTER OF METRO NEW        :
YORK, INC.,                               :     ORDER
                                          :
                         Plaintiff,       :
              -v-                         :
                                          :
WESTCHESTER COUNTY, NEW YORK,             :
                                          :
                         Defendant.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

    Having received on January 26, 2021 the Monitor's assessment of Westchester County's compliance with the terms of the Consent Decree, it is hereby

    ORDERED that any response to the Monitor's assessment shall be submitted by **February 10, 2021.**

Dated:   New York, New York
         January 27, 2021

                                            DENISE COTE
                              United States District Judge