```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA ex rel. ANTI-   :    06cv2860(DLC)
DISCRIMINATION CENTER OF METRO NEW       :
YORK, INC.,                              :    ORDER
                                         :
                    Plaintiff,           :
          -v-                            :
                                         :
WESTCHESTER COUNTY, NEW YORK,            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received on January 26, 2021 the Monitor's assessment of Westchester County's compliance with the terms of the Consent Decree, an Order of January 27 directed any responsive submissions by February 10.  The Anti-Discrimination Center, Inc., Westchester County ("County"), and the United States Government ("Government") submitted responsive letters.

The Government agrees with the Monitor that the County has "substantially met its obligations" under the Consent Decree, with one exception.  The exception is that the County has not completed its obligation to create 750 affordable affirmatively further fair housing ("AFFH") units.  To date, the County has only completed 723 such units.  It is hereby

ORDERED that the parties shall submit an update regarding the status of the AFFH units by **April 30, 2021**.  After receipt of the April 30 report, the Court will consider the Monitor's assessments and the responsive submissions further.


Dated:    New York, New York
          February 11, 2021


					_____
					DENISE COTE
					United States District Judge