```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA ex rel. ANTI-   :    06cv2860(DLC)
DISCRIMINATION CENTER OF METRO NEW       :
YORK, INC.,                              :    ORDER
                                         :
                          Plaintiff,     :
            -v-                          :
                                         :
WESTCHESTER COUNTY, NEW YORK,            :
                                         :
                          Defendant.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of February 11, 2021 directed the parties to provide an update on the status of 750 affordable affirmatively furthering fair housing ("AFFH") units that Westchester County (the "County") is obligated to create. As of February 11, the County had only completed 723 such units. In a letter of June 1, the County stated that it had completed 751 AFFH units. Accordingly, it is hereby

ORDERED that any response from the United States Government or the Monitor is due **July 8, 2021**.

Dated:   New York, New York
         July 1, 2021

                                    _____
                                         DENISE COTE
                                    United States District Judge