## ANTI-DISCRIMINATION CENTER, INC.

"One Community, No Exclusion"

July 9, 2021

Hon. Denise Cote
United States District Judge
500 Pearl Street, Room 1910
New York, New York 10007

                Re: <u>The Government's latest filing (ECF 744)</u>

Your Honor:

      In response to Your Honor's order of July 1, 2021 (ECF 743) setting a deadline of July 8th by which the Government and the Monitor had to submit any response to Westchester's June 1st letter (ECF 742), the Government yesterday afternoon submitted a letter (ECF 744) that it characterizes as "slightly revis[ing] and supersed[ing] the letter initially filed by the Government on February 10, 2021."

      We write only to underline to the Court that this newest letter altogether fails to respond to any of the points made in ADC's reply of February 11, 2021 (ECF 737). As noted therein, the Government's submission seeks to "divert the Court's attention . . . from the profound failings that ADC identified in its letter of January 29th (ECF 734)."  (The Monitor has not responded to or commented on either ADC's January 29th or February 11th letters.)

                                             Respectfully submitted,

                                             *Craig Gurian*

                                             Craig Gurian
                                             Executive Director