UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA ex rel. ANTI-:    06cv2860(DLC)
DISCRIMINATION CENTER OF METRO NEW    :
YORK, INC.,                           :    ORDER
                                      :
                         Plaintiff,   :
              -v-                     :
                                      :
WESTCHESTER COUNTY, NEW YORK,         :
                                      :
                         Defendant.   :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

On January 26, 2021, the Monitor filed an assessment ("assessment") of Westchester County's ("County") compliance with the terms of the Consent Decree. The Monitor concluded that the County has "substantially satisfied its obligations under the Settlement."

An Order of January 27 directed responses to the assessment to be submitted by February 10. The County, the United States Government ("Government"), and the Anti-discrimination Center, Inc. submitted responses to the assessment. The Government agreed with the Monitor that the County has "substantially met its obligations" under the Consent Decree with the exception that the County has not completed its obligation to create 750 affordable affirmatively furthering fair housing ("AFFH") units.

An Order of February 11 directed the parties to submit an update regarding the status of the AFFH units by April 30. When the County informed the Court in a letter of April 30 that it had not yet completed the 750 units, a Memorandum Endorsement of May 3 directed the parties to submit another update on June 30.

In a letter of June 1, the County stated that it had completed 751 AFFH units. An Order of July 1 directed the Government or the Monitor to submit any response by July 8. On July 8, the Government submitted a revised version of its original response to the assessment. The Government agrees that the County is now in compliance with the 750 AFFH units requirement and suggests that this Court accept the assessment. Accordingly, it is hereby

ORDERED that the Monitor's Assessment of January 26, 2021 is accepted.

IT IS FURTHER ORDERED that, by **July 26, 2021,** the parties shall submit a letter proposing any next steps in the above-captioned case, including whether the services of the Monitor are still needed.

Dated: New York, New York
July 11, 2021

_____
DENISE COTE
United States District Judge