

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 23, 2021

BY ECF
Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

          Re:    *United States ex rel. Anti-Discrimination Center v.*
                   *Westchester County*, 06 Civ. 2860 (DLC) (GWG)

Dear Judge Cote:

      This Office represents the United States in the above-referenced case. We write on behalf of both the United States and the County of Westchester to respond to the Court's Order of July 11, 2021, "proposing any next steps in the above-captioned case, including whether the services of the Monitor are still needed."

      Based upon the County's substantial compliance with the terms of the Consent Decree in this case, the Monitor's Assessment that the County is in substantial compliance, and the Court's acceptance of that Assessment in its Order of July 11, 2021, the parties agree that no further steps are necessary in this matter. The parties further agree that no further work on the Monitor's part is necessary, and that he can be discharged, with the thanks and appreciation of the parties. Accordingly, the County proposes, and the Government does not object, that the Consent Decree be terminated.

      The Government greatly appreciates the extensive consideration the Court has devoted to this case. Thank you for your consideration of this matter.

                                               Respectfully,

                                               AUDREY STRAUSS
                                               United States Attorney

                             By:    /s/ David J. Kennedy
                                     DAVID J. KENNEDY
                                     Assistant U.S. Attorney
                                     Tel.: (212) 637-2733
                                     E-mail:   david.kennedy2@usdoj.gov

Cc:     Counsel of record (via ECF)
           Monitor Stephen C. Robinson (via email)