UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA ex rel. ANTI- :   06cv2860(DLC)
DISCRIMINATION CENTER OF METRO NEW    :
YORK, INC.,                           :   ORDER
                                      :
                          Plaintiff,  :
             -v-                      :
                                      :
WESTCHESTER COUNTY, NEW YORK,         :
                                      :
                          Defendant.  :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

In a letter of July 23, 2021, the United States and the County of Westchester agreed that no further work on the Monitor's part is necessary, that the Monitor may be discharged, and that the Consent Decree of August 10, 2009 may be terminated. Accordingly, it is hereby

ORDERED that the Monitor is discharged.

IT IS FURTHER ORDERED that the Consent Decree is terminated.

Dated:    New York, New York
          July 30, 2021

                                    _____
                                         DENISE COTE
                                    United States District Judge